In the Matter of the Petition of HAMILTON WARD, Attorney-General, etc., for an Order Directing the METAL BED MANUFACTURERS AND CREDIT ASSOCIATION, INC., to Appear before a Referee for Examination, etc. HAMILTON WARD,

Attorney-General, Respondent; RUDOLPH J. ZADSKIN, Individually, and Others, Appellants.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.